Underwood, Smyser, Young & Basse, for appellant. Benjamin B. Morris, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Samuel P. Parmly, appellee, v. John Farson, Jr. and William Farson, surviving partners of Farson Son & Company, appellants. Gen. No. 27,279.

Action charging false and fraudulent representations inducing plaintiff to purchase certain bonds. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Donald L. Morrill, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed December 11, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Harry P. Weber, George W. Miller, Arthur J. Donovan and Arthur A. Anderson, for appellants. Clithero & Swett, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Harry J. Parker, appellee, v. Joseph Thomas, appellant. Gen. No. 27,294.

Action for damage to plaintiff's automobile in a collision with defendant's automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed December 11, 1922.

Rankin & Lustfield, for appellant. Litsinger, Healy & Reid, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

N. A. Roesel, appellee, v. Henry Sullivan, appellant. Gen. No. 27,334.

Action against the agent of the owner of premises to recover money paid by plaintiff for rent of the premises which he did not occupy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1921. Reversed with judgment of *nil capiat* here. Opinion filed December 11, 1922.

Callahan & Callahan and Charles P. R. Macaulay, for appellant. No appearance for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

William J. Hoffman and Emil A. Hoffman, trading as Planer & Sticker Bolt Supply Company, appellees, v. Grand Trunk Western Railway Company, appellant. Gen. No. 27,435.

Action for the value of screws delivered to defendant for transportation and never received by the consignee nor returned to plaintiffs. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in this court at the October term, 1921. Reversed. Opinion filed December 11, 1922.

Kretzinger, Kretzinger & Smith, for appellant. No appearance for appellees.

Mr. Justice Dever delivered the opinion of the court.